COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| MIGUEL ANGEL FIERRO, | | No. 08-21-00005-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 42nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Taylor County, Texas |
| | § | |
| State. | | (TC#25644A) |
| | § | |

## **O R D E R**

The Court has received and filed the Supplemental Clerk's Record containing the transcription of the hearing pursuant to this Court's Order of August 9, 2021. The appeal in this case is hereby reinstated.

Further, the Court on its own motion VACATES the September 30, 2021, submission without oral argument for the above-styled and numbered cause.

IT IS SO ORDERED this 3rd day of September, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.